UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAIME OCAMPO ROJAS,<br><br>                Plaintiff,<br><br>           v.<br><br>ERIC HOLDER, *et al.*,<br><br>                Defendants. | No.  2:11-cv-00031-PMP-RJJ |

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that Defendants Eric Holder, *et al.,* shall have a thirty day extension of time from March 14, 2011 to April 13, 2011, to respond to the Complaint in the above-captioned action.  No prior extension has been requested by Defendants.

　　/s/ Armand Fried
Armand Fried
REZA ATHARI & ASSOCIATES, PLLC
A Multi-Jurisdictional Firm
6235 S. Pecos Road. Suite #109
Las Vegas, NV 891io
(702) 433-3529

Counsel for Plaintiff

　　/s/ Cara M. Sims
Cara M. Sims
DEPARTMENT OF JUSTICE
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868 Ben Franklin Station
Washington, DC 20044
(202) 532-4075
Cara.Sims@gmail.com

Counsel for Defendants

　IT IS SO ORDERED.

_____
　PHILIP M. PRO, U.S. DISTRICT JUDGE

　Dated: March 15, 2011.